PROB 12A
(7/93)

# UNITED STATES DISTRICT COURT
## for
### Western District of Texas

**Report on Offender Under Supervision**

Name of Offender:  Erik Bugen                                    Case Number: 1:17-CR-403(1)-LY

Name of Sentencing Judicial Officer:  Honorable Lee Yeakel U.S. District Judge

Date of Original Sentence:  May 11, 2018

Original Offense: Count 1s: Conspiracy to Commit Health Care Fraud, in violation of 18 U.S.C. §§ 371 and 1347

Original Sentence: Sentenced to thirty-six (36) months custody in the U.S. Bureau of Prisons to be followed by a three-year (3) term of supervised release; The following special conditions were imposed: participate in substance abuse treatment, participate in substance abuse testing, alcohol abstinence, not possess a controlled substance without a valid prescription, participate in mental health treatment, take medication as prescribed, provide financial disclosure, adhere to payment schedule, search and seizure, pay a $100 special assessment and pay $4,776.768.37 in restitution

Type of Supervision: Supervised Release           Date Supervision Commenced:  April 24, 2020

Assistant U.S. Attorney:  Daniel D. Guess          Defense Attorney:  Joe Turner (Retained)

---

**PREVIOUS COURT ACTION**

On May 29, 2020, a Probation Form 12B was filed with the Court to establish monthly restitution payments. The officer recommended that the defendant make restitution payments in the amount of no less than $200 per month. On June 1, 2020, the Court concurred with officer's recommendation.

**NONCOMPLIANCE SUMMARY**

**Violation of Mandatory Condition No. 3:** "The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release on probation or supervised release and at least two periodic drug tests thereafter (as determined by the court), but the condition stated in this paragraph may be ameliorated or suspended by the court if the defendant's presentence report or other reliable sentencing information indicates low risk of future substance abuse by the defendant."

Erik Bugen
Report on Offender Under Supervision
Page 2

**Nature of Non-compliance:** On April 5, 2022, the offender submitted a positive urinalysis for methamphetamines.

**U.S. Probation Officer Action:** The officer made contact with Bugen to discuss the positive methamphetamines result. The offender verbally admitted to the use of methamphetamines. It is respectfully recommended that no Court action be taken at this time and the offender be allowed to participate in outpatient substance abuse treatment. The offender will be required to submit frequent urinalysis to monitor for further drug usage.

Accordingly, the Court reserves the right to revisit this allegation in the future. In addition, should Bugen incur any further violations, the Court will be immediately notified.

Respectfully submitted,

Bartosz Szatkowski
Sr. United States Probation Officer
Date: 4/25/2022

Approved: _____
Craig A. Handy, Supervising
United States Probation Officer

**THE COURT ORDERS:**

[✓] No Action

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Honorable Susan Hightower
United States Magistrate Judge
Date: April 26, 2022